THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY PAYNE, ADC #550988**                                                                  **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00900-KGB**

**WENDY KELLEY, SECRETARY OF THE ARKANSAS**
**DEPARTMENT OF CORRECTIONS,** *et al.*                                **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney on August 19, 2020 (Dkt. No. 4).  Judge Kearney recommends that plaintiff Bobby Payne's motion to voluntarily dismiss this case be granted.  No objections have been filed to the Proposed Findings and Recommendations, and the deadline for filing objections has since passed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  Accordingly, the Court adopts the Proposed Findings and Recommendations in their entirety as this Court's findings of fact and conclusions of law (Dkt. No. 4).  The Court grants Mr. Payne's motion to voluntarily dismiss this case (Dkt. No. 3) and dismisses, without prejudice, Mr. Payne's claims.

It is so ordered this 28th day of January, 2021.

Kristine G. Baker
United States District Judge