THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BOBBY PAYNE, ADC #550988**                                                                **PLAINTIFF**

**v.**                                **Case No. 4:20-cv-00900-KGB**

**WENDY KELLEY, SECRETARY OF THE ARKANSAS
DEPARTMENT OF CORRECTIONS,** *et al.*                              **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Bobby Payne's complaint is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 28th day of January, 2021.

_____
Kristine G. Baker
United States District Judge